THOMAS H. SYMINGTON, Respondent, *v.* IDA M. SYMINGTON, Appellant.

*Appeal — order reversing order of Special Term denying motion for leave to discontinue and granting motion — appeal therefrom to Court of Appeals dismissed.*

*Symington* v. *Symington*, 218 App. Div. 724, appeal dismissed. (Argued January 11, 1927; decided January 18, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1926, which reversed an order of Special Term denying a motion for leave to discontinue and granted said motion.

*Harold H. Corbin, Edward J. Bennett* and *Max D. Steuer* for appellant.

*John Wallace Young, George Gordon Battle* and *Gordon Gordon* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.